**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion GRANTED.

| | | |
|---|---|---|
| **DANIEL JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **Civil No. 3:13-cv-1041** |
| | ) | **Judge Trauger** |
| **OLD DOMINION FREIGHT LINE, INC.** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO DISMISS

Comes the Plaintiff, pursuant to Fed. R. Civ. Pro. Rule 41(a)(2) and request that this case

be dismissed with prejudice.

Respectfully submitted,

/s/ Phillip L. Davidson_____
Phillip L. Davidson, #6466
Attorney at Law
2400 Crestmoor Road
Suite 107
Nashville, TN 37215
(615) 386-7115

1